1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7



8              UNITED STATES DISTRICT COURT
9                        FOR THE
               SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. '08 CV 0643 J NLS |
| Plaintiff, | CERTIFICATION AS TO INTERESTED PARTIES |
| vs. | |
| ESTEBAN RUIZ GOMEZ, INDIVIDUALLY and d/b/a 3 AMIGOS TACO SHOP, | |
| Defendant. | |

The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

**PARTIES**

*Plaintiff, J & J Sports Productions, Inc.*
c/o Law Offices of Thomas P. Riley, P.C.
Attention: Thomas P. Riley
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Telephone: (626) 799-9797
Facsimile:  (626) 799-9795

1  ***Defendant***, Esteban Ruiz Gomez, individually and d/b/a 3 Amigos Taco Shop

2  220 E. Madison Avenue
3  San Diego, CA 92020

5  Dated: 4/7/08

6  LAW OFFICES OF THOMAS P. RILEY, P.C.
   By: Thomas P. Riley
7  Attorney of Record for
   J & J Sports Productions, Inc.

10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///